# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2010

138636 & (39)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SHERRI MARTIN,
      Plaintiff-Appellant,

v

DAVID LEDINGHAM, M.D., DAVID
RYNBRANDT, M.D., ANDRIS KAZMERS,
M.D., and PETOSKEY SURGEONS, P.C.,
      Defendants,

and

NORTHERN MICHIGAN HOSPITAL,
      Defendant-Appellee.
_____/

SC: 138636
COA: 280267
Emmet CC: 05-009021-NH

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the January 27, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers. We further direct the Clerk to schedule the oral argument in this case for the same future session of this Court when it will hear oral argument on whether to grant the application in *Ykimoff v W.A. Foote Memorial Hospital* (Docket No. 139561).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2010

_____
Clerk

y0330